UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

                Plaintiff,

      -against-

Any and All Funds on Deposit at JPMorgan Chase Account Number 61442003 Held in the Name of CIA Minera Aurifera Santa Rosa SA, AKA COMARSA, et. al,

                Defendants-
                In-Rem.

Civil Action No. 12-CV-7530 (GBD)

## ORDER

**THIS MATTER** having been brought before the Court by the unopposed motion of CIA Minera Aurifera Santa Rosa SA ("COMARSA"), named holder of two of the Defendant Properties in the above-captioned matter, for an order extending the time within which to file a claim, and the Court having considered the motion, and for good cause shown;

**IT IS SO ORDERED** that COMARSA shall file any claim(s) in the above-captioned on or before December 7, 2012.

Dated: November ___, 2012

NOV 0 8 2012

_____
HON. GEORGE B. DANIELS
United States District Judge

## CERTIFICATE OF SERVICE

I, Abbe David Lowell, an attorney admitted to this Court, hereby certify that on this 6th day of November 2012, I caused a true and correct copy of the Memorandum of Law in Support of the Unopposed Motion for an Extension of Time to File Claim to be served via the CM/ECF system upon Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. Paul, Assistant United States Attorney, Paul Monteleoni, Assistant United States Attorney, and Robert Cleary, attorney for potential claimants.

/s/ Abbe David Lowell

Abbe David Lowell
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: 212.408.5100
Fax: 646.710.8050
alowell@chadbourne.com
*Counsel for CIA Minera Aurifera Santa Rosa SA*

Served Upon:

Preet Bharara
Sarah E. Paul
Paul Monteleoni
United States Attorney Office, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 100017
(212) 637-2219
*Attorneys for Plaintiff
United States of America*

Robert J. Cleary
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
*Attorney for potential claimants*