UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ANY AND ALL FUNDS ON DEPOSIT AT
WELLS FARGO ACCOUNT NUMBER
2000043301201 HELD IN THE NAME OF
REPUBLIC METALS,

        Defendant-in-rem.

ORDER

12 Civ. 7530 (GBD)

---

WHEREAS on September 7, 2012, the United States District Court for the Southern District of New York issued a warrant (the "September 7 Warrant") for the seizure of up to $20,200,000 (the "Republic Funds") on deposit at Wells Fargo account number 2000043301201 (the "Republic Account"), held in the name of Republic Metals ("Republic");

WHEREAS, on October 9, 2012, the United States of America filed a Verified Complaint seeking civil forfeiture of any and all funds in the Republic Account pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 881(a)(6);

WHEREAS on November 2, 2012, the United States of America and Republic entered into a stipulation, *inter alia*, dismissing the Complaint with prejudice as to the funds in the Republic Account, vacating the September 7 Warrant as to the Republic Funds, and releasing the Republic Funds to Republic (the "Stipulation");

WHEREAS on November 5 the Stipulation was so ordered by the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York (sitting as the Part 1 Judge);

IT IS HEREBY ORDERED THAT:

1. Wells Fargo shall immediately return the Republic Funds previously on deposit in the Republic Account to Republic.

SO ORDERED:

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

DATE: NOV 08 2012