USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 09 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ANY AND ALL FUNDS
ON DEPOSIT AT JPMORGAN CHASE
ACCOUNT NUMBER 61442003
HELD IN THE NAME OF CIA MINERA
AURIFERA SANTA ROSA SA, AKA COMARSA,

ANY AND ALL FUNDS
ON DEPOSIT AT ESPIRITO SANTO BANK
ACCOUNT NUMBER 106193054
HELD IN THE NAME OF
PACIFIC GATEWAY CORPORATION,

ANY AND ALL FUNDS
ON DEPOSIT AT WELLS FARGO
ACCOUNT NUMBER 2000045521021
HELD IN THE NAME OF
PACIFIC GATEWAY CORPORATION,

ANY AND ALL FUNDS
ON DEPOSIT AT JPMORGAN CHASE
ACCOUNT NUMBER 000000891772402
HELD IN THE NAME OF
ADVANCER LOGISTICS LLC,

ANY AND ALL FUNDS
ON DEPOSIT AT BB&T
INTERNATIONAL SERVICES
ACCOUNT NUMBER 240048353
HELD IN THE NAME OF
ADVANCER LOGISTICS LLC,

ANY AND ALL FUNDS
ON DEPOSIT AT BANK OF AMERICA
IN ANY AND ALL ACCOUNTS
HELD IN THE NAME OF
CARLOS SANCHEZ ALAYO,

ANY AND ALL FUNDS

Case No.: 12-CV-7530 (GBD/JCF)

[PROPOSED] ORDER
GRANTING EXTENSION
OF TIME TO FILE CLAIMS

ON DEPOSIT AT WELLS FARGO                          :
ACCOUNT NUMBER 2000043301201                       :
HELD IN THE NAME OF                                :
REPUBLIC METALS,                                   :
                                                   :
ANY AND ALL FUNDS                                  :
ON DEPOSIT AT UNICREDIT                            :
AKA HYPOVEREINS (NEW YORK BRANCH)                  :
ACCOUNT NUMBER 1100010868                          :
HELD IN THE NAME OF                                :
ITALPREZIOSI SPA,                                  :
                                                   :
ANY AND ALL FUNDS                                  :
ON DEPOSIT AT BANCA INTESA                         :
(NEW YORK BRANCH)                                  :
ACCOUNT NUMBER 124050810001                        :
HELD IN THE NAME OF                                :
ITALPREZIOSI SPA,                                  :
                                                   :
ANY AND ALL FUNDS                                  :
ON DEPOSIT AT BANCO DE COMERCIO                    :
IN LIMA, PERU                                      :
ACCOUNT NUMBER 023045110002029307486               :
HELD IN THE NAME OF                                :
HORIZONTE DORADO SRL,                              :
                                                   :
ANY AND ALL FUNDS                                  :
ON DEPOSIT AT BANCO DE COMERCIO                    :
IN LIMA, PERU                                      :
ACCOUNT NUMBER 023045120020075152820               :
HELD IN THE NAME OF                                :
CIA MINERA SAN SIMON, and                          :
                                                   :
ANY AND ALL FUNDS                                  :
ON DEPOSIT AT BANCO DE COMERCIO                    :
IN LIMA, PERU                                      :
ACCOUNT NUMBER 110020258939                        :
HELD IN THE NAME OF                                :
CIA MINERA AURIFERA SANTA ROSA                     :
AKA COMARSA,                                       :
                                                   :
                          Defendants in rem.       :
_____X

**THIS MATTER** having been brought before the Court by the un-opposed motion of Robert J. Cleary, Esq., counsel for potential claimants to Defendant Properties, for an order extending the time within which to file a verified claim, and the Court having considered the motion, and for good cause shown;

**IT IS SO ORDERED** that the deadline for filing a verified claim(s) in the above-captioned matter shall be extended to February 7, 2013.

Dated:        November 9, 2012

_____
HON. GEORGE B. DANIELS
United States District Judge