UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

                Plaintiff,

-against-

Any and All Funds on Deposit at JPMorgan Chase Account Number 61442003 Held in the Name of CIA Minera Aurifera Santa Rosa SA, AKA COMARSA, et. al,

                Defendants-In-Rem.

Civil Action No. 12-CV-7530 (GBD)

## [PROPOSED] ORDER

**THIS MATTER** having been brought before the Court by the unopposed motion of CIA Minera Aurifera Santa Rosa SA ("COMARSA"), named holder of two of the Defendant Properties in the above-captioned matter, for an order extending the time within which to file a claim, and the Court having considered the motion, and for good cause shown;

**IT IS SO ORDERED** that COMARSA shall file any claim(s) in the above-captioned on or before December 7, 2012.

Dated: November ___, 2012
      NOV 09 2012

                                              _____
                                              HON. GEORGE B. DANIELS
                                              United States District Judge