```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,                  :   ECF CASE

              Plaintiff,                   :
                                               NOTICE OF
                                           :   APPEARANCE AND
        - v -                                  REQUEST FOR
                                           :   ELECTRONIC
ANY AND ALL FUNDS                              NOTIFICATION
ON DEPOSIT AT JPMORGAN CHASE               :
ACCOUNT NUMBER 61442003                        12 Civ. 7530 (GBD)
HELD IN THE NAME OF CIA MINERA             :
AURIFERA SANTA ROSA SA, AKA COMARSA,
et al.,                                    :

              Defendants-in-rem.           :
------------------------------------------x
```

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Paul M. Monteleoni
Paul M. Monteleoni
Assistant United States Attorney
(212) 637-2219

TO: All Counsel of Record via ECF