UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America
                        Plaintiff,

Case No.   12-cv-7530-GBD

-against-

Any and All Funds on Deposit at
JP Morgan Chase Act     Defendant.
~~No. 31442003~~
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Abbe David Lowell**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AL2981        My State Bar Number is 2921744

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: McDermott Will & Emery
             FIRM ADDRESS: 600 13th St. N.W. Washington, D.C. 20005
             FIRM TELEPHONE NUMBER: 202-756-8000
             FIRM FAX NUMBER: 202-756-8087

NEW FIRM:    FIRM NAME: Chadbourne & Parke, LLP
             FIRM ADDRESS: 1200 New Hampshire Avenue, N.W. Washington D.C. 20036
             FIRM TELEPHONE NUMBER: 202-954-5606
             FIRM FAX NUMBER: 202-974-6756

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: _____

ATTORNEY'S SIGNATURE