UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    -against-<br><br>Any and All Funds on Deposit at JPMorgan Chase Account Number 61442003 Held in the Name of CIA Minera Aurifera Santa Rosa SA, AKA COMARSA, et. al,<br><br>         Defendants-In-Rem;<br>    -and-<br><br>CIA Minera Aurifera Santa Rosa SA,<br><br>         Claimant. | Civil Action No. 12-CV-7530 (GBD)<br><br>**Rule 7.1 Disclosure Statement** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for claimant CIA Minera Aurifera Santa Rosa SA ("COMARSA") (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated:  December 21, 201

                   Respectfully submitted,

                   /s/ Abbe David Lowell
                   Abbe David Lowell
                   NY Bar No.: 2981744
                   SDNY Reg. No.: AL2981
                   ADLowell@Chadbourne.com
                   CHADBOURNE & PARKE LLP
                   1200 New Hampshire Ave., NW
                   Washington, DC 20036
                   (202) 974-5600 (phone)
                   (202) 974-5602 (fax)

            *Attorneys for Claimant CIA Minera Aurifera Santa Rosa SA.*