UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        X
UNITED STATES OF AMERICA,               :
                                        :  Case No. 12-CV-7530 (GBD/JCF)
              Plaintiff,                :
                                        :
    v.                                  :
                                        :
ANY AND ALL FUNDS                       :
ON DEPOSIT AT JPMORGAN CHASE            :
ACCOUNT NUMBER 61442003                 :
HELD IN THE NAME OF CIA MINERA          :
AURIFERA SANTA ROSA SA, AKA COMARSA,    :
                                        :
ANY AND ALL FUNDS                       :  **NOTICE OF APPEARANCE**
ON DEPOSIT AT ESPIRITO SANTO BANK       :
ACCOUNT NUMBER 106193054                :
HELD IN THE NAME OF                     :
PACIFIC GATEWAY CORPORATION,            :
                                        :
ANY AND ALL FUNDS                       :
ON DEPOSIT AT WELLS FARGO               :
ACCOUNT NUMBER 2000045521021            :
HELD IN THE NAME OF                     :
PACIFIC GATEWAY CORPORATION,            :
                                        :
ANY AND ALL FUNDS                       :
ON DEPOSIT AT JPMORGAN CHASE            :
ACCOUNT NUMBER 000000891772402          :
HELD IN THE NAME OF                     :
ADVANCER LOGISTICS LLC,                 :
                                        :
ANY AND ALL FUNDS                       :
ON DEPOSIT AT BB&T                      :
INTERNATIONAL SERVICES                  :
ACCOUNT NUMBER 240048353                :
HELD IN THE NAME OF                     :
ADVANCER LOGISTICS LLC,                 :
                                        :
ANY AND ALL FUNDS                       :
ON DEPOSIT AT BANK OF AMERICA           :
IN ANY AND ALL ACCOUNTS                 :

| | |
|---|---|
| HELD IN THE NAME OF<br>CARLOS SANCHEZ ALAYO, | :<br>:<br>: |
| ANY AND ALL FUNDS<br>ON DEPOSIT AT WELLS FARGO<br>ACCOUNT NUMBER 2000043301201<br>HELD IN THE NAME OF<br>REPUBLIC METALS, | :<br>:<br>:<br>:<br>: |
| ANY AND ALL FUNDS<br>ON DEPOSIT AT UNICREDIT<br>AKA HYPOVEREINS (NEW YORK BRANCH)<br>ACCOUNT NUMBER 1100010868<br>HELD IN THE NAME OF<br>ITALPREZIOSI SPA, | :<br>:<br>:<br>:<br>:<br>: |
| ANY AND ALL FUNDS<br>ON DEPOSIT AT BANCA INTESA<br>(NEW YORK BRANCH)<br>ACCOUNT NUMBER 124050810001<br>HELD IN THE NAME OF<br>ITALPREZIOSI SPA, | :<br>:<br>:<br>:<br>:<br>: |
| ANY AND ALL FUNDS<br>ON DEPOSIT AT BANCO DE COMERCIO<br>IN LIMA, PERU<br>ACCOUNT NUMBER 02304511002029307486<br>HELD IN THE NAME OF<br>HORIZONTE DORADO SRL, | :<br>:<br>:<br>:<br>:<br>: |
| ANY AND ALL FUNDS<br>ON DEPOSIT AT BANCO DE COMERCIO<br>IN LIMA, PERU<br>ACCOUNT NUMBER 02304512002007515282<br>HELD IN THE NAME OF<br>CIA MINERA SAN SIMON, and | :<br>:<br>:<br>:<br>:<br>: |
| ANY AND ALL FUNDS<br>ON DEPOSIT AT BANCO DE COMERCIO<br>IN LIMA, PERU<br>ACCOUNT NUMBER 110020258939<br>HELD IN THE NAME OF<br>CIA MINERA AURIFERA SANTA ROSA<br>AKA COMARSA, | :<br>:<br>:<br>:<br>:<br>:<br>: |

         Defendants *in rem*.
_____X

**To the Clerk of this Court and all parties of record:**

Enter my appearance as co-counsel in this case for prospective claimants to the Defendants *In Rem* in this action.

I certify that I am admitted to practice in this Court.

Dated:	January 28, 2013

>	Respectfully submitted,
>
>	The LS Law Firm
>
>	By:	/s/ Lilly Ann Sanchez
>		Lilly Ann Sanchez
>		The LS Law Firm
>		Four Seasons Tower, 15th Floor
>		1441 Brickell Avenue
>		Miami, Florida 33131
>		Telephone:  (305) 503-5503
>		Facsimile:  (305) 503-6801
>		Email: lsanchez@thelsfirm.com
>
>	Attorney for Prospective Claimants

**CERTIFICATE OF SERVICE**

I, Lilly Ann Sanchez, an attorney admitted to this Court, hereby certify that on this 28th day of January 2013, I caused a true and correct copy of the Notice of Appearance to be served via the CM/ECF system upon Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. Paul, Assistant United States Attorney, and Paul Monteleoni, Assistant United States Attorney.

/s/ Lilly Ann Sanchez
Lilly Ann Sanchez
The LS Law Firm
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801
Email: lsanchez@thelsfirm.com

Preet Bharara
United States Attorney Office, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10017
(212) 637-2219
*Attorneys for Plaintiff*
*United States of America*

Paul Monteleoni
United States Attorney Office, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10017
(212) 637-2219
*Attorneys for Plaintiff*
*United States of America*

Sarah E. Paul
United States Attorney Office, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10017
(212) 637-2219
*Attorneys for Plaintiff*
*United States of America*