UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

                Plaintiff,

Civil Action No. 12-CV-7530 (GBD)

-against-

                Any and All Funds on Deposit at JPMorgan Chase Account Number 61442003 Held in the Name of CIA Minera Aurifera Santa Rosa SA, AKA COMARSA, et. al,

                Defendants-in-Rem,

-and-
CIA Minera Aurifera Santa Rosa SA,

                Claimant.

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Michael Socarras, for admission to practice Pro Hac Vice in the above captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Missouri and the District of Columbia; and that his contact information is as follows:

    Applicant's Name:  Michael P. Socarras
    Firm Name:  Chadbourne & Parke, LLP
    Address:  1200 New Hampshire Ave., N.W.
    City / State / Zip:  Washington, D.C. 20036
    Telephone / Fax:  202-974-5610 / 202-974-6502
    E-Mail:  msocarras@chadbourne.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the claimant CIA Minera Aurifera Santa Rosa SA ("COMARSA"). in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: JAN 31 2013

_____
The Honorable George B. Daniels
United States District Judge

2