UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

United States of America,

                Plaintiff,

  -against-

Any and All Funds on Deposit at JPMorgan Chase
Account Number 61442003 Held in the Name of
CIA Minera Aurifera Santa Rosa SA, AKA
COMARSA, et al.,

              Defendants-In-Rem.

------------------------------------- x

12 Civ. 7530 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

A conference is scheduled in this matter on February 14, 2013 at 9:30 a.m.

Dated: February 7, 2013
      New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge