UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                           Plaintiff,

        v.

ANY AND ALL FUNDS
ON DEPOSIT AT JPMORGAN CHASE
ACCOUNT NUMBER 61442003
HELD IN THE NAME OF CIA MINERA
AURIFERA SANTA ROSA SA, AKA
COMARSA, et al.,

                           Defendants in rem.
_____

X
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
X

Case No.:  12-CV-7530 (GBD/JCF)


**NOTICE OF CLAIM PURSUANT
TO SUPPLEMENTAL RULE G(5)**

  **PLEASE TAKE NOTICE** that by and through his undersigned counsel, Claimant

Carlos Alberto Sanchez by this notice makes a claim for certain property subject to the above-

captioned proceeding, specifically:

  1.      Any and all funds on deposit at Bank of America held in the name of Carlos

Sanchez Alayo.

  Please take further notice that Claimant will rely upon the attached signed Claim pursuant

to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Supplemental Rules for Certain

Admiralty or Maritime and Asset Forfeiture Actions in support of its claim to the property, as

well as an answer and any other dispositive motions to be filed subsequent to the filing of this

Claim as provided by the applicable statutes and rules.

Dated:        February 7, 2013

Respectfully submitted,

PROSKAUER ROSE LLP

By: _____
Robert J. Cleary
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorney for Carlos Alberto Sanchez Alayo*

**Claim for Any and All Funds on Deposit and/or Seized
from Bank of America in any and all accounts
held in the name of Carlos Sanchez Alayo**

I, CARLOS ALBERTO SANCHEZ ALAYO, under penalty of perjury, hereby file this claim

contesting the forfeiture of any and all funds on deposit at Bank of America in any and all

accounts held in the name of Carlos Alberto Sanchez Alayo, identified as defendants-in-rem in

the above-captioned action.

1.    I make a claim contesting the forfeiture of any and all funds seized from and/or on

deposit at Bank of America in any and all accounts held in the name of Carlos

Sanchez Alayo, identified in the above-captioned action.

2.    I am the owner of these accounts, as well as any and all funds contained therein

and seized therefrom, and am identified as the named accountholder in the

Complaint.

I swear under penalty of perjury, pursuant to the laws of the United States, that the foregoing is

true and correct to the best of my information and belief.

_____

CARLOS ALBERTO SANCHEZ ALAYO

Dated: Lima, February 4, 2013

## CERTIFICATE OF SERVICE

I hereby certify that, on February 7, 2013, I caused a true and correct copy of the Notice of Claim to be served via CM/ECF system upon Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. Paul, Assistant United States Attorney, and Paul Monteleoni, Assistant United States Attorney.

/s/ Robert J. Cleary
Robert J. Cleary