UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

ANY AND ALL FUNDS
ON DEPOSIT AT JPMORGAN CHASE
ACCOUNT NUMBER 61442003
HELD IN THE NAME OF CIA MINERA
AURIFERA SANTA ROSA SA, AKA
COMARSA, et al.,

                Defendants in rem.
_____x

Case No.: 12-CV-7530 (GBD/JCF)

**NOTICE OF CLAIM PURSUANT
TO SUPPLEMENTAL RULE G(5)**

    **PLEASE TAKE NOTICE** that by and through its undersigned counsel, Claimant Advancer Logistics, LLC, by this notice makes a claim for certain property subject to the above-captioned proceeding, specifically:

    1.    Any and all funds on deposit at JPMorgan Chase Account Number 000000891772402, held in the name of Advancer Logistics, LLC; and

    2.    Any and all funds on deposit at BB&T Account Number 240048353, held in the name of Advancer Logistics, LLC.

    Please take further notice that Claimant will rely upon the attached signed Claim pursuant to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Actions in support of its claim to the property, as well as an answer and any other dispositive motions to be filed subsequent to the filing of this Claim as provided by the applicable statutes and rules.

Dated:          February 7, 2013

                                                    Respectfully submitted,

                                                    PROSKAUER ROSE LLP

                                                    By: _____/s/ Robert J. Cleary_____
                                                         Robert J. Cleary
                                                         Eleven Times Square
                                                         New York, NY 10036
                                                         Telephone: (212) 969-3000
                                                         Facsimile: (212) 969-2900

                                                  *Attorney for Advancer Logistics, LLC*

### Claim for Any and All Funds on Deposit and/or Seized from JPMorgan Chase Account Number 000000891772402 and BB&T Account Number 240048353

I, CARLOS ALBERTO SANCHEZ ALAYO, am General Manager, Managing Member of Claimant Advancer Logistics, LLC ("Advancer"). I have a 20 % interest in Advancer. Under penalty of perjury, I hereby file this claim contesting the forfeiture of any and all funds in JPMorgan Chase Account Number 000000891772402 and BB&T Account Number 240048353, identified as defendants-in-rem in the above-captioned action.

1. Advancer is making a claim contesting the forfeiture of any and all funds seized from and/or on deposit in JPMorgan Chase Account Number 000000891772402 and BB&T Account Number 240048353, identified in the above-captioned action.

2. Advancer is the owner of these accounts, as well as any and all funds contained therein and seized therefrom. Advancer is identified as the named accountholder for the JPMorgan Chase Account Number 000000891772402 and BB&T Account Number 240048353 in the Complaint.

I swear under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct to the best of my information and belief.

_____
CARLOS ALBERTO SANCHEZ ALAYO

Dated: Lima, February 4, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2013, I caused a true and correct copy of the Notice of Claim to be served via CM/ECF system upon Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. Paul, Assistant United States Attorney, and Paul Monteleoni, Assistant United States Attorney.

/s/ Robert J. Cleary
Robert J. Cleary