UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 Plaintiff,

       v.

ANY AND ALL FUNDS
ON DEPOSIT AT JPMORGAN CHASE
ACCOUNT NUMBER 61442003
HELD IN THE NAME OF CIA MINERA
AURIFERA SANTA ROSA SA, AKA
COMARSA, et al.,

                 Defendants in rem.
---------------------------------------------------------------X

Case No.: 12-CV-7530 (GBD/JCF)

**NOTICE OF CLAIM PURSUANT
TO SUPPLEMENTAL RULE G(5)**

     **PLEASE TAKE NOTICE** that by and through its undersigned counsel, Claimant Horizonte Dorado S.R.L. ("Horizonte Dorado"), by this notice makes a claim for certain property subject to the above-captioned proceeding, specifically:

     1.    Any and all funds on deposit at Banco de Comercio Account Number 023045 11002029307486, held in the name of Horizonte Dorado S.R.L.

     Please take further notice that Claimant will rely upon the attached signed Claim pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Actions in support of its claim to the property, as well as an answer and any other dispositive motions to be filed subsequent to the filing of this Claim as provided by the applicable statutes and rules.

Dated: February 7, 2013

        Respectfully submitted,

        PROSKAUER ROSE LLP

By: _/s/ Robert J. Cleary_
        Robert J. Cleary
        Eleven Times Square
        New York, NY 10036
        Telephone: (212) 969-3000
        Facsimile: (212) 969-2900

        *Attorney for Horizonte Dorado S.R.L.*

## Claim for Any and All Funds on Deposit and/or Seized from
## Banco de Comercio Account Number 02304511002029307486

I, CARLOS ALBERTO SANCHEZ ALAYO, am the General Manager of Claimant Horizonte Dorado S.R.L. ("Horizonte Dorado"). I have a 50% interest in Horizonte Dorado. Under penalty of perjury, I hereby file this claim contesting the forfeiture of any and all funds in Banco de Comercio Account Number 02304511002029307486, identified as defendant-in-rem in the above-captioned action.

1. Horizonte Dorado is making a claim contesting the forfeiture of any and all funds seized from and/or on deposit in Banco de Comercio Account Number 02304511002029307486, identified in the above-captioned action.

2. Horizonte Dorado is the owner of this account, as well as any and all funds contained therein and seized therefrom. Horizonte Dorado is identified as the named accountholder for the Banco de Comercio Account Number 02304511002029307486 in the Complaint.

I swear under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct to the best of my information and belief.

_____
CARLOS ALBERTO SANCHEZ ALAYO

Dated: Lima, February 4, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2013, I caused a true and correct copy of the Notice of Claim to be served via CM/ECF system upon Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. Paul, Assistant United States Attorney, and Paul Monteleoni, Assistant United States Attorney.

/s/ Robert J. Cleary
Robert J. Cleary