UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————X

UNITED STATES OF AMERICA,                    :

                              Plaintiff,     :        Case No.:  12-CV-7530 (GBD/JCF)

                                             :

        v.                                   :        **NOTICE OF CLAIM PURSUANT**
                                             :        **TO SUPPLEMENTAL RULE G(5)**
ANY AND ALL FUNDS                            :
ON DEPOSIT AT JPMORGAN CHASE                 :
ACCOUNT NUMBER 61442003                      :
HELD IN THE NAME OF CIA MINERA               :
AURIFERA SANTA ROSA SA, AKA                  :
COMARSA, et al.,                             :

                              Defendants in rem.  :

—————————————————————————————X


        **PLEASE TAKE NOTICE** that by and through its undersigned attorneys, Claimant

Pacific Gateway Corporation ("Pacific"), by this notice makes a claim for certain property

subject to the above-captioned proceeding, specifically:

        1.      Any and all funds on deposit at Espirito Santo Bank Account Number 106193054,

held in the name of Pacific Gateway Corporation; and

        2.      Any and all funds on deposit at Wells Fargo Account Number 2000045521021,

held in the name of Pacific Gateway Corporation;

        Please take further notice that Claimant will rely upon the attached signed Claim pursuant

to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Supplemental Rules for Certain

Admiralty or Maritime and Asset Forfeiture Actions in support of its claim to the property, as

well as an answer and any other dispositive motions to be filed subsequent to the filing of this

Claim as provided by the applicable statutes and rules.

Dated:        February __7__, 2013

                              Respectfully submitted,

                              PROSKAUER ROSE LLP


                              By: _____
                                  Robert J. Cleary
                                  Eleven Times Square
                                  New York, NY 10036
                                  Telephone: (212) 969-3000
                                  Facsimile: (212) 969-2900

                                  *Attorney for Pacific Gateway Corporation*

**Claim for Any and All Funds on Deposit and/or Seized from
Espirito Santo Bank Account Number 106193054 and
Wells Fargo Account Number 2000045521021**

I, MIGUEL ANGEL SANCHEZ ALAYO, am the President of Claimant Pacific Gateway Corporation ("Pacific").   Under penalty of perjury, I hereby file this claim contesting the forfeiture of any and all funds in Espirito Santo Bank Account Number 106193054 and Wells Fargo Account Number 2000045521021, identified as defendants-in-rem in the above-captioned action.

1. Pacific is making a claim contesting the forfeiture of any and all funds seized from and/or on deposit in Espirito Santo Bank Account Number 106193054 and Wells Fargo Account Number 2000045521021, identified in the above-captioned action.

2. Pacific is the owner of these accounts, as well as any and all funds contained therein and seized therefrom, and is identified as the named accountholder for the Espirito Santo Bank Account Number 106193054 and Wells Fargo Account Number 2000045521021 in the Complaint.

I swear under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct to the best of my information and belief.

MIGUEL ANGEL SANCHEZ ALAYO

Dated: Lima, February 25, 2013

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on February 7, 2013, I caused a true and correct copy of the Notice of Claim to be served via CM/ECF system upon Preet Bharara, United States Attorney for the Southern District of New York, Sarah E. Paul, Assistant United States Attorney, and Paul Monteleoni, Assistant United States Attorney.


<u>/s/ Robert J. Cleary</u>
Robert J. Cleary