UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
United States of America,            :
                                     :
                    Plaintiff,       :
        -against-                    :      12 Civ. 7530 (GBD)
                                     :
Any and All Funds on Deposit at JPMorgan Chase :   ORDER
Account Number 61442003 Held in the Name of    :
CIA Minera Aurifera Santa Rosa SA, AKA         :
COMARSA, et al.,                     :
                                     :
                    Defendants-In-Rem.

------------------------------------ x
GEORGE B. DANIELS, District Judge:

   The conference scheduled in this matter on February 14, 2012 is adjourned to February

27, 2013 at 9:30 a.m.


Dated: February 11, 2013
       New York, New York

                                              SO ORDERED:

                                              *[signature]*
                                              GEORGE B. DANIELS
                                              United States District Judge