Robert J. Cleary
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
rjcleary@proskauer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.: 12-CV-7530 (GBD/JCF) |
| ANY AND ALL FUNDS ON DEPOSIT AT JPMORGAN CHASE ACCOUNT NUMBER 61442003 HELD IN THE NAME OF CIA MINERA AURIFERA SANTA ROSA SA, AKA COMARSA, et al., | ECF Case |
| | **NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO SUPPLEMENTAL RULE G(8)(B) AND FED. R. CIV. P. 12(B)(6)** |
| Defendants in rem; | |
| -and- | |
| CIA MINERA SAN SIMON S.A., et al. | |
| Claimants. | |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Robert J. Cleary, dated February 28, 2013, the Exhibits attached thereto, and the accompanying Memorandum of Law in Support of Claimants' Motion To Dismiss the Amended Complaint Pursuant to Supplemental Rule G(8)(b) and Fed. R. Civ. P. 12(b)(6), dated February 28, 2013, the undersigned attorneys for Claimants Cia Minera San Simon S.A., Advancer Logistics LLC, Horizonte Dorado S.R.L., Pacific Gateway Corporation, and Carlos Alberto Sanchez Alayo will

move before the Honorable George B. Daniels, United States District Judge, of the United States District Court, Southern District of New York, Manhattan Division, 500 Pearl Street, Courtroom 11-A, New York, New York, for an order pursuant to Supplemental Rule G(8)(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure:

1. Dismissing in its entirety the Amended Complaint filed by Plaintiff United States of America, dated February 4, 2013; and

2. Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 28, 2013

Respectfully submitted,

PROSKAUER ROSE LLP

By: /s Robert J. Cleary

Robert J. Cleary
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

-and-

LS LAW FIRM

By: /s Lilly Ann Sanchez

Lilly Ann Sanchez
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801
lsanchez@thelsfirm.com

*Attorneys for Claimants Cia Minera San Simon S.A., Advancer Logistics LLC, Horizonte Dorado S.R.L., Pacific Gateway Corporation, and Carlos Alberto Sanchez Alayo*

2

cc: Paul Monteleoni
Assistant U.S. Attorney
One St. Andrew's Plaza
New York, NY 10007
*Attorney for Plaintiff*

Abbe D. Lowell
Chadbourne & Parke LLP
1200 New Hampshire Ave. NW
Washington, DC 20036

*Attorney for Claimant CIA Minera
Aurifera Santa Rosa SA*